IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YVES JEAN JACQUES MILORD,

    Plaintiff,

v.                                                                         4:23cv248–WS/MAF

DETECTIVE DARRYL TAMASH,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed September 27, 2023. The magistrate judge recommends that Plaintiff's motion (ECF No. 6) to transfer venue be granted.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's motion (ECF No. 6) to transfer venue is GRANTED.

3. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

DONE AND ORDERED this <u>  29th  </u> day of <u>  September  </u>, 2023.

<u>s/ William Stafford                          </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE